Ronald E. Stadtmueller, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 694023  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

NOTICE TO DEPOSIT FUNDS

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 04-20477 | 009-0 | TOMMY J REASON<br>Original Check written to:<br>HARRISON CAD<br>C/O MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX  78680- | xxxx4950 | 0.00 | 214.23 | 0.00 | 214.23 |
| 04-61595 | 011-0 | NACHELL IVORY<br>Original Check written to:<br>AT&T WIRELESS SERVICES<br>P O BOX 309<br>PORTLAND, OR  97207 | xxxxxxxx6889 | 433.38 | 71.88 | 0.00 | 71.88 |
| 04-61595 | 012-0 | NACHELL IVORY<br>Original Check written to:<br>AT&T WIRELESS SERVICES<br>P O BOX 309<br>PORTLAND, OR  97207 | xxxxxxxx9955 | 522.39 | 86.63 | 0.00 | 86.63 |
| 04-61689 | 006-0 | ELIZABETH CHAMNESS<br>Original Check written to:<br>SMITH COUNTY<br>TAX COLLECTOR<br>P O BOX 2011<br>TYLER, TX  75710-2011 | xxxxxxxxxxxx4000 | 0.00 | 69.56 | 0.00 | 69.56 |
| 04-61689 | 007-0 | ELIZABETH CHAMNESS<br>Original Check written to:<br>TYLER ISD<br>P O BOX 2011<br>TYLER, TX  75710 | xxxxxxxxxxxx4000 | 0.00 | 210.76 | 0.00 | 210.76 |
| 04-61796 | 005-0 | JIMMY DON ROSE<br>Original Check written to:<br>CITIFINANCIAL AUTO CREDIT, INC.<br>P.O. BOX 182287<br>COLUMBUS, OH  43218- | xxxxxx2001 | 0.00 | 989.91 | 0.00 | 989.91 |
| 04-61796 | 005-1 | JIMMY DON ROSE<br>Original Check written to:<br>CITIFINANCIAL AUTO CREDIT, INC.<br>P.O. BOX 182287<br>COLUMBUS, OH  43218- | xxxxxx2001 | 314.03 | 6.04 | 0.00 | 6.04 |